**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.: 3:11CV73**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PMC STRATEGY, LLC, MICHAEL HUDSPETH, and TIMOTHY BAILEY, | ) ) ) ) |
| Defendants. | ) ) |

**CONSENT ORDER TO SET ASIDE ENTRY OF DEFAULT**
**AS TO DEFENDANT, MICHAEL HUDSPETH**

THIS CAUSE, coming to be heard before the United States District Court for the Western District of North Carolina, Charlotte Division, upon motion of Defendant, Michael Hudspeth, by and through counsel, to Set Aside the Entry of Default previously entered against Defendant, Michael Hudspeth and for good cause shown and with all parties in agreement.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Defendant, Michael Hudspeth's, Motion to Set Aside the Entry of Default be granted.

It is hereby ORDERED that the Defendant, Michael Hudspeth's, Motion to Set Entry of Default, be granted;

Signed: May 26, 2011

Graham C. Mullen
United States District Judge

CONSENTED TO:

/s/ Eugenia Vroustouris                                            /s/ John F. Hanzel
Eugenia Vroustouris, Esq.                                      John F. Hanzel, Esq.
Attorney for Plaintiff                                         Attorney for Defendant,
Michael Hudspeth

## CERTIFICATE OF SERVICE

I, the undersigned attorney do hereby certify that I have served all parties in this action with a copy of the Consent Order to Set Aside Entry of Default  by the court's ECF email notification system.  I also hereby certify that on that same day a copy of the foregoing was sent via the United States Postal Service to the Defendants, PMC Strategy, LLC and Timothy Bailey, at their last known addresses, which are set out below:

Eugenia Vroustouris, Esq.
U.S. Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1151 21st St. NW
Washington, DC 20581
evroustouris@cftc.gov

PMC Strategy, LLC
c/o Timothy Bailey
Registered Agent
3000 Brook Valley Run
Monroe, NC  28110

Timothy Bailey
3000 Brook Valley Run
Monroe, NC  28110

This 25th day of May, 2011.

/s/John F. Hanzel
John F. Hanzel, Esq.
NC Bar No. 6186
Attorney for Defendant
Michael Hudspeth
John F. Hanzel, P.A.
19425-G Liverpool Parkway
Cornelius, NC  28031
Telephone:  (704) 892-1375
Facsimile:   (704) 892-5784
E-mail:  jfh@nclawoffice.com