IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV73

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) PMC STRATEGY, LLC, MICHAEL ) HUDSPETH and TIMOTHY BAILEY, ) ) Defendants. ) ) | ORDER |

This matter is before the Court upon an Amended Motion to Dismiss for lack of subject matter jurisdiction filed by *pro se* Defendants Michael Hudspeth and Timothy Bailey on September 17, 2012. (D.E. 37). The Court has reviewed the motion as well as the Plaintiff's response. It appears to the Court that the motion makes no cognizable argument challenging this Court's jurisdiction over the subject matter of this case. Defendants have stated no facts or cited any legal authority that would raise a question as to this Court's jurisdiction over this action. Jurisdiction has been clearly established by the Plaintiff. Accordingly,

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is hereby DENIED.

Signed: October 18, 2012

Graham C. Mullen
United States District Judge