IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV73

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| PMC STRATEGY, LLC, MICHAEL HUDSPETH and TIMOTHY BAILEY, ) | |
| Defendants. ) | |

This matter is before the Court upon the *pro se* Defendants' "Responsive Pleading" (D.E. 43) which has been docketed as a motion to vacate the Court's Order of October 18, 2012, denying the Defendants' Amended Motion to Dismiss for lack of subject matter jurisdiction. Defendants' motion fails to provide a discernible reason or basis for this Court to vacate or reconsider its Order of October 18. Accordingly,

TI IS THEREFORE ORDERED that Defendants' motion to vacate is hereby DENIED.

Signed: November 19, 2012

Graham C. Mullen
United States District Judge