**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-73-GCM**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,  )  <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> PMC STRATEGY, LLC, MICHAEL ) <br> HUDSPETH, and TIMOTHY BAILEY, ) <br> Defendant.  ) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion. An Order was granted [see doc. 32] which extended the discovery period until January 2, 2013. IT IS THEREFORE ORDERED that the dispositive motions deadline is set for February 4, 2013. IT IS FURTHER ORDERED that the trial in this matter is RE-SET for the **May 6, 2013** term at 10:30 a.m. in Charlotte Courtroom #3.

SO ORDERED.

Signed: December 6, 2012

Graham C. Mullen
United States District Judge